AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | **8:16MJ1267 TGW** |
| v. | ) | |
| | ) | Case No. |
| Jhon Espana-Velasquez | ) | |
| a/k/a "Victor Manuel Nieves Velez" | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 28, 2015 _____ in the county of _____ Pinellas _____ in the

_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1015(e) | Making a false claim of citizenship with the intent to obtain a state benefit or service |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Fabyanic, Special Agent, ICE
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _April 29, 2016_

_____
*Judge's signature*

City and state:        Tampa, Florida

THOMAS G. WILSON, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Michael A. Fabyanic, being duly sworn, deposes and states as follows:

1.    I am a Special Agent with Homeland Security Investigations, Immigration and Customs Enforcement (ICE), Department of Homeland Security, and have been so employed since the creation of the agency in 2003. Prior to that time, I was a Special Agent of the United States Customs Service, having been so employed since September, 2001. I have an additional three years of employment as a police officer for the city of Bryan, Texas, and five years as a deputy sheriff and detective with the Frederick County Sheriff's Office in Virginia. I also have six years of experience as a commissioned officer in the United States Air Force.

2.    I have experience and training in the investigation of crimes involving smuggling, money laundering, arms trafficking, street gangs, immigration, and identity fraud investigations. I am currently assigned to the ICE Office of Investigations, Special Agent in Charge, Public Safety and Worksite Enforcement Group, Tampa, Florida. My primary assignment is investigation of street gang- related crimes. I am assigned to the Tampa Bay Area Multi-Agency Gang Task Force (MAGTF).  As a Special Agent, I am a federal law enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3.    This affidavit is in support of a criminal complaint. The statements contained in this affidavit are based on information provided by other law enforcement officers and my experience and background. I have not included each and every fact known to me concerning this investigation but I have set forth the facts that I believe are necessary to establish probable cause to believe that on July 28, 2015, Jhon Espana-

1

Velasquez, a/k/a "Victor Manuel Nieves Velez," a citizen and national of Columbia, committed the offense of making a false claim of citizenship with the intent to obtain a state benefit or service.

## FACTS AND CIRCUMSTANCES

4.    I obtained and examined records maintained by the Florida Department of Highway Safety and Motor Vehicles (DHSMV) pertaining to a Florida driver's license issued under the identity of Victor Manuel Nieves Velez on July 28, 2015 in Pinellas County, Florida.  The records document that an individual used identity documents pertaining to Victor Manuel Nieves Velez – specifically a Puerto Rican birth certificate and a Social Security card, number XXX-XX-0818 – as identification verification documents in order to obtain a Florida Driver's license. Based on my training and experience, the driver's license was intended to be used to obtain employment in Florida.

5.    I compared the photograph of the individual on the Florida driver's license detailed above in Paragraph 4 with a Columbian passport photograph of Jhon Espana-Velasquez and found them to be the same individual.  I also compared the driver's license photograph with a photograph of Victor Manuel Nieves Velez on his voter identification record maintained by the Puerto Rico Commission of Elections and found them to be two different individuals.

6.    As part of my investigation, I learned that on multiple occasions between October 2013 and November 2013, Espana-Valasquez had obtained a driver's license in the name of "Victor Manuel Nieves Velez" by providing identification documents purporting to belong to Nieves Velez.   On June 9, 2015, Espana-Valasquez was

2

convicted in the State of Florida for driver's license fraud for obtaining a license as "Victor Manuel Nieves Velez" in October 2013.

7.    I obtained and reviewed a recorded interview of Jhon Espana-Velasquez, which was conducted on February 6, 2015 by Florida Highway Patrol Trooper Robert Binegar after Espana- Velasquez's state arrest for driver's license fraud.  Post-*Miranda*, Espana-Velasquez admitted he had used Victor Manuel Nieves Velez's social security card and birth certificate in order to claim United States citizenship and to obtain a Florida driver's license.

8.    I conducted record checks of criminal history files in the National Criminal Information Center (hereafter "NCIC") for Nieves Veles and Espana-Velasquez.  The record pertaining to Victor Manuel Nieves Velez indicated he had two drug arrests in Puerto Rico.  Based on my training and experience, this indicates that Nieves Velez is a real person. The record pertaining to Jhon Espana-Velasquez indicated the prior arrest for driver's license fraud in Pinellas County, Florida.  This record listed "Victor Manuel Nieves Velez" as an alias used by Jhon Espana-Velasquez.

9.    To date in my investigation, I have been unable to locate the real Victor Manuel Nieves Velez in Puerto Rico.

10.    On April 28 2016, I and Florida Highway Patrol Trooper Robert Binegar interviewed Jhon Espana-Velasquez.  The interview was recorded on audio. Binegar recognized Espana-Valasquez as the same individual he interviewed in February 2015, as detailed in Paragraph 7. Espana-Valasquez also acknowledged recognizing Binegar.

11.    Post-*Miranda*, Espana-Valasquez initially denied having obtained a Florida driver's license using the identity of "Victor Manuel Nieves Velez" on July 28, 2015.

However, when he was shown the record of that driver's license transaction, he admitted he had in fact obtained a driver's license in Nieves Velez's name on July 28, 2015. He claimed to have lost that driver's license. Espana-Velasquez denied knowing that Nieves Velez was a real person.

12. Based on my investigation, Espana-Velasquez is not a citizen of the United States and has no legal status in the United States.

## CONCLUSION

13. Based upon this information, it is my belief that probable cause exists to charge Jhon Espana-Velasquez, a citizen and national of Columbia, with making a false claim of citizenship with the intent to obtain a state benefit or service, in violation of Title 18, United States Code, Section 1015(e) .

Further affiant sayeth naught.

MICHAEL FABYANIC
Special Agent, ICE

Sworn to and subscribed before me

This ___ day of April, 2016

THOMAS G. WILSON
United States Magistrate Judge

4